FILED

09/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0144

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Case No. DA 24-0144

_____

DANIEL P. KNUDSEN, ROSE E.
AYERS, ERIC DENNISON, LANCE
FRENCH, ERIK FARNHAM and KAILA JACOBSON
as Class Representatives,

     *Plaintiffs and Appellants*,

        v.

THE UNIVERSITY OF MONTANA, a unit of the
Montana University System,

     *Defendant and Appellee*

_____

**GRANT OF EXTENSION**

_____

Upon consideration of Appellants' unopposed motion for extension of time, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellants are granted an extension of time to and including November 4, 2024, within which to prepare, file, and serve their opening brief on appeal.

ORDER GRANTING EXTENSION       1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 13 2024